UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DEREK B. FLECK,

        Plaintiff,

v.

        Case No. 25-cv-2040-pp

FRANK J. BISIGNANO,

        Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED WITHOUT PREPAYING FILING FEE (DKT. NO. 3)

The plaintiff has filed a complaint seeking judicial review of a final administrative decision denying his claim for disability insurance benefits under the Social Security Act. Dkt. No. 1. He also filed a motion for leave to proceed without prepaying the filing fee. Dkt. No. 3.

Federal law requires a person who files a complaint in federal court to pay $405—a filing fee of $350 (28 U.S.C. §1914(a)) and a $55 administrative fee (Judicial Conference of the United States District Court Miscellaneous Fee Schedule Effective the December 1, 2023, #14). To allow the plaintiff to proceed without prepaying the filing fee, the court first must decide whether the plaintiff can pay the fee; if not, it must determine whether the lawsuit is frivolous. 28 U.S.C. §§1915(a) and 1915(e)(2)(B)(i).

Based on the facts in the plaintiff's affidavit, the court concludes that he does not have the ability to pay the filing fee. The plaintiff's request indicates

1

that he is not employed, he is married and his spouse is employed, and he has three dependents he is responsible for supporting. Dkt. No. 3 at 1. The plaintiff states that he does not earn any monthly wages or salary, that his spouse earns $1,667 per month and that in the last twelve months he has received $3,000 from his mother. Id. at 2. The plaintiff lists $2,775 in monthly expenses ($175 mortgage, $2,000 credit card payments, $600 other household expenses). Id. at 2-3. The plaintiff owns a 2015 Honda Prius worth approximately $4,000 and a 2016 Honda Odyssey worth approximately $10,000; he owns his home, with approximately $140,000 in equity; he owns no other property of value; and he has approximately $2,000 in cash on hand or in a checking or savings account. Id. at 3-4. The plaintiff states, "[w]e are receiving snap benefits and state covered insurance." Id. at 4. The plaintiff has demonstrated that he cannot pay the $405 fee.

The next step is to determine whether the case is frivolous. A case is frivolous if there is no arguable basis for relief either in law or in fact. Denton v. Hernandez, 504 U.S. 25, 31 (1992) (quoting Nietzke v. Williams, 490 U.S. 319, 325 (1989); Casteel v. Pieschek, 3 F.3d 1050, 1056 (7th Cir. 1993)). A person may obtain district court review of a final decision of the Commissioner of Social Security. 42 U.S.C. §405(g). The district court must uphold the Commissioner's final decision as long as the Commissioner used the correct legal standards and the decision is supported by substantial evidence. See Roddy v. Astrue, 705 F.3d 631, 636 (7th Cir. 2013).

The plaintiff's complaint indicates that he applied for Disability Insurance benefits, that his application was denied and that the decision finding him not disabled does not comport with the purpose and intent of the Social Security Act, is contrary to the evidence, is not supported by substantial evidence and is contrary to the law. Dkt. No. 1 at 1-2. At this early stage in the case, and based on the information in the plaintiff's complaint, the court concludes that there may be a basis in law or in fact for the plaintiff's appeal of the Commissioner's decision, and that the appeal may have merit, as defined by 28 U.S.C. §1915(e)(2)(B)(i).

The court **GRANTS** the plaintiff's motion for leave to proceed without prepaying the filing fee. Dkt. No. 3.

Dated in Milwaukee, Wisconsin this 30th day of December, 2025.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**